# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CHANCE WILSON, on behalf of himself and all others similarly situated,

*Plaintiff*

v.

CONSUMER LEGAL GROUP P.C. and PHOENIX DEBT PROS, INC.

*Defendant*

) 
) 
) 
) 
) 
) 
) 
) 
) 
) 

Civil Action No. 1:24-cv-02276-MMH

## AFFIDAVIT OF SERVICE

Lisandro Luna, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on April 1, 2024, at 1:00 pm at 325 Division Avenue, Brooklyn, NY 11211, Deponent served the within Summons, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Consumer Legal Group, Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with Michael K. who as Authorized to accept is authorized by appointment or by law to receive service of process for Consumer Legal Group.

White Male, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.7069306601,-73.9546412834
Photograph: See Exhibit 1

Total Cost: $115.00

I affirm this  2nd day of  April, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who

is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

Executed in

_Kings County_____ ,

__NY___ on __4/2/2024_____ .

/s/ *Lisandro Luna*
_____
Signature
Server Name: Lisandro Luna
License#: 2011018-DCA

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA



Exhibit 1a)

